IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01854-WYD-BNB

MITCHELL A. FREMLING, M.D.,
PAMELA R. BLANCETT,
LINDA M. JONES, and
SUSAN FISHER,

Plaintiffs,

v.

WILLIAM L. SABER, M.D., P.C., f/k/a and a/k/a ALPINE PLASTIC SURGERY, P.C.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Motion to Revise Scheduling Order to Extend Deadlines for Completion of Discovery and Disclose Expert Witnesses** [Doc. # 22, filed 10/2/2006] (the "Motion"). The Motion is GRANTED, and the case schedule is modified to the following extent:

**Production of Documents:**   The defendant shall produce responsive documents on or before **November 10, 2006**.

**Discovery Cut-Off:**                         **April 30, 2007**

(All discovery must be **completed** by the discovery cut-off.  All
written discovery must be served so that responses are due on or
before the discovery cut-off.)

**Dispositive Motions Deadline:**            **May 28, 2007**

**Expert Disclosures:**

**(a)**   The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 28, 2007**

**(b)**   The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 31, 2007**

**Settlement Conference:**   A settlement conference will be held on **December 18, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  It is hereby ordered that all settlement conferences that take place before the magistrate judge shall be confidential.

Attorneys and client representatives with full authority to settle the case must be present at the conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel only.  If an insurance company is involved, an adjustor with full authority to settle the case must be present at the conference in person.)

Each party shall submit a confidential settlement statement to my chambers only on or before **December 11, 2006**, outlining the facts and issues of the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential elements of a settlement.

**Final Pretrial Conference:**   A final pretrial conference will be held in this case on **July 17, 2007, at 9:00 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 10, 2007**.

Dated October 18, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge