IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01854-WYD-BNB

MITCHELL A. FREMLING, M.D.;
PAMELA R. BLANCETT;
LINDA M. JONES; and
SUSAN FISHER,

      Plaintiff(s),

v.

WILLIAM L. SABER, M.D., P.C., f/k/a and a/k/a ALPINE PLASTIC SURGERY, P.C.,

      Defendant(s).

---

**ORDER**
_____

THIS MATTER is before the Court on the Suggestion of Bankruptcy and Motion

for Order Holding Proceedings in Abeyance Pending Determination of Relief From

Automatic Stay in Bankruptcy Per 11 U.S.C. § 362, filed March 5, 2007 (docket #38).

Notice of Automatic Stay was filed March 2, 2007.  As stated in that Notice, Defendant

William L. Saber, M.D. filed a voluntary Chapter 11 Bankruptcy Petition in the United

States Bankruptcy Court for the District of Colorado on or around March 2, 2007.  As a

result, this case cannot proceed in this Court until relief from the automatic stay

pursuant to 11 U.S.C. § 362(a) is granted, *see* 11 U.S.C. § 362(d), or the matter is

closed, dismissed or otherwise resolved by the Bankruptcy Court, *see* 11 U.S.C. § 362

(c)(2).  In consideration of the Automatic Stay, it is hereby

      ORDERED that all proceedings in this matter are hereby **STAYED**.  This case

will be reopened at such time as the parties demonstrate good cause to reopen it; good cause includes, but is not limited to, a showing that relief from the automatic stay has been granted or the Bankruptcy Court has otherwise resolved Defendant's Chapter 11 Petition.

Dated:  March 6, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge