IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01854-WYD-BNB

MITCHELL A. FREMLING, M.D.;
PAMELA R. BLANCETT;
LINDA M. JONES; and
SUSAN FISHER,

    Plaintiff(s),

v.

WILLIAM L. SABER, M.D., P.C., f/k/a and a/k/a ALPINE PLASTIC SURGERY, P.C.,

    Defendant(s).

---

**ORDER**
---

THIS MATTER is before the Court on review of the file. Defendant William L. Saber, M.D. filed a voluntary Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the District of Colorado on or around March 2, 2007. This case is stayed until relief from the automatic stay pursuant to 11 U.S.C. 362(a) is granted.

The Court, having reviewed the file, finds that rather than leaving this case open for months or even years pending relief from the automatic stay this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown

Dated: April 28, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge